**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| LARRY JEROME GREEN, ) | CASE NO. 10-61008-MHM |
| ) | |
| Debtor. ) | |
| ) | |
| ------------------------------ | ---------------------------- |
| ) | |
| U.S. BANK, N.A. ITS ) | |
| SUCCESSORS ASSIGN AND/OR ) | |
| ASSIGNS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | CONTESTED MATTER |
| ) | |
| LARRY JEROME GREEN, and ) | |
| KYLE A. COOPER, as Trustee, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**ORDER**

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 4169 Rhinehart Drive, Austell, GA. 30106, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for April 20, 2010, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant, its successors and assigns, to commence foreclosure proceeding against the Property pursuant to applicable

state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be remitted to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

IT IS SO ORDERED, this the 23rd day of APRIL, 2010.

_____
MARGARET H. MURPHY
**UNITED STATES BANKRUPTCY JUDGE**

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: _____
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
Centrum at Glenridge
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342
(404) 231-4567

**Barrett, Daffin & Frappier, LLP**
15000 Surveyor Boulevard
Suite 100
Addison, Texas 75001

**PARTIES TO BE SERVED**

Larry Jerome Green
4169 Rinehart Drive
Austell, Georgia 30106

Karmel Sunzette Davis, Esquire
Karmel Sunzette Davis Attorney at Law
P.O. Box 5736
Douglasville, GA 30154

Kyle A. Cooper, Esq.
Suite 104
615 Colonial Park Drive
Roswell, GA 30075

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
Centrum at Glenridge
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342